THE LAW OFFICES OF C.R. HYDE, PLC
ATTORNEY AT LAW
2810 N SWAN RD., SUITE 160
TUCSON, ARIZONA 85712
TELEPHONE: (520) 270-1110
SBA # 22512
**Proposed Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>THE CHAMBERS OF TUCSON MALL, LLC,<br><br>                Debtor. | In Proceedings under Chapter 11<br><br>Case No. 4:19-bk-15701-BMW<br><br>**VERIFIED STATEMENT AND DISCLOSURE OF C.R. HYDE MANAGING PARTNER OF THE LAW OFFICES OF C.R. HYDE, PLC** |

STATE OF ARIZONA    )
                                ) ss.
COUNTY OF PIMA      )

      On December 17, 2019, Charles R. Hyde, The Law Offices of C.R. Hyde, PLC, the proposed attorney for the Debtor, filed an Application for Employment in the above-referenced bankruptcy matter. Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, the undersigned proposed counsel for Debtor, respectfully submits this Verified Statement.

      1.    I, Charles R. Hyde, have been retained by the Debtor in the above-referenced bankruptcy case to act as counsel for the Debtor.

      2.    I am an attorney at law duly admitted to practice in the State of Arizona.

      3.    To the best of my knowledge, I have no prior connection with the Debtor, its creditors, the United States Trustee, or any other party in interest herein, or his respective

attorneys except as set forth herein and will exercise independent judgment in providing services on behalf of The Chambers of Tucson Mall, LLC.

4. Prior to the filing I received the sum of $7,983.00 as a security retainer ("Retainer") in the chapter 11 case, some of which was earned prior to the Order for Relief in this matter.

5. The compensation promised to be paid to the Law Offices of C.R. Hyde, PLC for services to be rendered on behalf of the Debtor includes reimbursement of any costs incurred and advanced. For services provided for in paragraph 6 of the application, Attorney shall be permitted to charge Debtor and the estate at the following hourly rates:

> C.R. Hyde          $ 350.00;
> Paralegal:         $ 150.00;
> Legal Assistant    $  85.00.

6. No agreement or understanding in any form or guise exists between the Affiant and any other person for a division of compensation rendered in or in connection with this Chapter 11 case, and no such division of compensation contrary to 11 U.S.C. § 504 will be made.

7. Subject to the approval of this Court upon appropriate application therefore, I intend to bill for its legal services in this case in accordance with its usual practice, applying the customary hourly rates for matters of this type, and charging for all disbursements and expenses customarily billed to its clients and necessarily incurred.

// // //

// // //

// // //

8. I neither hold or represent any interests or entities adverse to the Debtor's estate.

DATED this 17th day of December 2019

                                      THE LAW OFFICES OF C.R. HYDE, PLC

                                      Charles R. Hyde, Attorney at Law

SUBSCRIBED AND SWORN before me this 17th day of December 2019, by Charles R. Hyde.

ARYENNIS PERALTA
Notary Public, State of Arizona
Pima County
My Commission Expires
January 07, 2022

                                      Notary Public

My Commission Expires: January 07, 2022