|                                          | 14 Dec - 31 Dec |
|------------------------------------------|----------------:|
| COTM                                     | $ 20,500.00     |
| Total Revenues                           | $ 20,500.00     |
|                                          |                 |
| Cost of Goods Sold                       | $      480.00   |
| Total Cost of Goods Sold                 | $      480.00   |
|                                          |                 |
| Gross Profit                             | $ 20,020.00     |
|                                          |                 |
| Expenses                                 |                 |
|                                          |                 |
| Advertising Expense - Google Social Media| $      700.00   |
| Bank Charges                             | $      165.00   |
| Insurance Expense                        | $      241.00   |
| Janitorial                               | $    1,500.00   |
| Payroll                                  | $   19,250.00   |
| Payroll Taxes                            | $      950.00   |
| Point of Sale - Mindbody                 | $    1,900.00   |
| Rent or Lease Expense                    | $           -   |
| Sales Tax                                | $      100.00   |
| Supplies Expense                         | $      500.00   |
| Telephone Expense                        | $      565.00   |
| Utilities Expense                        | $      249.00   |
|                                          |                 |
| Total Expenses                           | $   26,120.00   |
|                                          |                 |
| Net Income                               | $   (6,100.00)  |

|                                          | Jan 2020      |
|------------------------------------------|---------------|
| COTM                                     | $ 55,000.00   |
| Total Revenues                           | $ 55,000.00   |
|                                          |               |
| Cost of Goods Sold                       | $  1,000.00   |
| Total Cost of Goods Sold                 | $  1,000.00   |
|                                          |               |
| Gross Profit                             | $ 54,000.00   |
|                                          |               |
| Expenses                                 |               |
|                                          |               |
| Advertising Expense - Google Social Media | $    700.00  |
| Bank Charges                             | $    330.00   |
| Insurance Expense                        | $    241.00   |
| Janitorial                               | $  3,100.00   |
| Payroll                                  | $ 37,500.00   |
| Payroll Taxes                            | $  1,800.00   |
| Point of Sale - Mindbody                 | $  1,900.00   |
| Rent or Lease Expense                    | $ 10,900.00   |
| Sales Tax                                | $    200.00   |
| Supplies Expense                         | $  1,000.00   |
| Telephone Expense                        | $    565.00   |
| Utilities Expense                        | $    249.00   |
|                                          |               |
| Total Expenses                           | $ 58,485.00   |
|                                          |               |
| Net Income                               | $ (4,485.00)  |

|                              |    Feb 2020    |
| ---------------------------- | -------------: |
| COTM                         | $ 52,000.00    |
| Total Revenues               | $ 52,000.00    |
|                              |                |
| Cost of Goods Sold           | $     850.00   |
| Total Cost of Goods Sold     | $     850.00   |
|                              |                |
| Gross Profit                 | $ 51,150.00    |
|                              |                |
| Expenses                     |                |
|                              |                |
| Advertising Expense - Google Social | $   700.00 |
| Bank Charges                 | $     300.00   |
| Insurance Expense            | $     241.00   |
| Janitorial                   | $   2,900.00   |
| Payroll                      | $  35,000.00   |
| Payroll Taxes                | $   1,600.00   |
| Point of Sale - Mindbody     | $   1,900.00   |
| Rent or Lease Expense        | $  10,900.00   |
| Sales Tax                    | $     200.00   |
| Supplies Expense             | $   1,000.00   |
| Telephone Expense            | $     565.00   |
| Utilities Expense            | $     249.00   |
|                              |                |
| Total Expenses               | $  55,555.00   |
|                              |                |
| Net Income                   | $  (4,405.00)  |