**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | The Chambers of Tucson Mall, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 4:19-bk-15701 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America, N.A. | Checking | 9386 | $2,391.71 |
| 3.2. | Bank of America, N.A. | Checking | 9221 | $167.36 |
| 3.3. | Bank of America, N.A. | Savings | 1598 | $164.01 |
| 3.4. | Bank of America, N.A. | Checking | 7060 | $105.05 |
| 3.5. | Bank of America, N.A. | Checking | 9218 | $5,801.42 |
| 3.6. | Bank of America, N.A. | Savings | 2005 | $7.06 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| Debtor **The Chambers of Tucson Mall, LLC** | Case number *(If known)* **4:19-bk-15701** | |
| Name | | |

5. **Total of Part 1.**  $8,636.61

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   0.00   -   0.00   = ....   $0.00
                              face amount        doubtful or uncollectible accounts

12. **Total of Part 3.**  $0.00

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **(60) Shave Soap ($16.00 each)** | | $0.00 | Recent cost | $960.00 |
| | **(20) Shave Brushes ($35.00 each)** | | $0.00 | Recent cost | $700.00 |
| | **(20) Shave Stands ($15.00 each)** | | $0.00 | Recent cost | $300.00 |
| | **(10) Hair Clay ($ 16.00 each)** | | $0.00 | Recent cost | $160.00 |

| Debtor | The Chambers of Tucson Mall, LLC | Case number (If known) 4:19-bk-15701 |
|---|---|---|
| | Name | |

|  |  |  |  |  |
|---|---|---|---|---|
| | (10) Hair Pomade ($16.00 each) | Unknown | Recent cost | $160.00 |

22. **Other inventory or supplies**

23. **Total of Part 5.**   $2,280.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** (2) Point of Sale Stand | Unknown | Liquidation | $2,000.00 |
| (10) Waiting Chairs | Unknown | Liquidation | $1,500.00 |
| 40. **Office fixtures** (10) Baber Chairs | Unknown | Liquidation | $3,000.00 |
| (3) Misc Furniture | Unknown | Liquidation | $1,500.00 |
| (10) Towel Warmers | Unknown | Liquidation | $500.00 |
| (10) Eye Vac Machine | Unknown | Liquidation | $750.00 |

41. **Office equipment, including all computer equipment and**

| Debtor | The Chambers of Tucson Mall, LLC | Case number (If known) | 4:19-bk-15701 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| communication systems equipment and software (3) Computers/POS | Unknown | Liquidation | $750.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**  $10,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| (1) Washer and Dryer | Unknown | Liquidation | $600.00 |
| (10) Small Refrigerators | Unknown | Liquidation | $500.00 |
| (2) Massage Tables | Unknown | Liquidation | $2,000.00 |
| (8) Television's | Unknown | Liquidation | $2,400.00 |
| (2) Printers | Unknown | Liquidation | $200.00 |

51. **Total of Part 8.**  $5,700.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

| Debtor | The Chambers of Tucson Mall, LLC | Case number (If known) 4:19-bk-15701 |
|---|---|---|
| | Name | |

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** https://www.thechambersoftucsonmall.com/ | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**      $0.00
   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

   Current value of debtor's interest

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **(1) Art work** | $1,000.00 |
| | **(1) Men's Grooming Ingredients** | $1,000.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $2,000.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Debtor   **The Chambers of Tucson Mall, LLC**             Case number *(If known)*   **4:19-bk-15701**
Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,636.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,280.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $28,616.61 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $28,616.61 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Chambers of Tucson Mall, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 4:19-bk-15701 |

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**Alex Lamb**<br>**2601 N Treat Ave**<br>**Tucson, AZ 85716**<br><br>Date or dates debt was incurred<br>**December 14 2019**<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Prepetition wages through December 15, 2019**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$181.50** | **$181.50** |
| 2.2 | Priority creditor's name and mailing address<br>**Alisa Zarate**<br>**2000 East Roger Road**<br>**Apt H37**<br>**Tucson, AZ 85719**<br><br>Date or dates debt was incurred<br>**12-14-2019**<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Prepetition wages through December 15, 2019**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$74.64** | **$0.00** |

| 2.3 | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**2005 N Central Ave. Suite 100**<br>**Phoenix, AZ 85004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,350.00 | $1,350.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax Year 2018** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Briana Martinez**<br>**1643 West Houchin Way**<br>**Tucson, AZ 85746** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $948.62 | $948.62 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12-14-2019** | Basis for the claim:<br>**Prepetition contract labor through December 15, 2019** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Connie McGrath**<br>**11134 North Pomegranate Drive**<br>**Tucson, AZ 85737** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $163.54 | $163.54 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12-14-2019** | Basis for the claim:<br>**Prepetition contract labor through December 15, 2019** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Debbie Galpine**<br>**2070 West Fort Lowell Road**<br>**Tucson, AZ 85705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $713.05 | $713.05 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12-14-2019** | Basis for the claim:<br>**Prepetition contract labor through December 15, 2019** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **The Chambers of Tucson Mall, LLC** | Case number (if known) | **4:19-bk-15701** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Ezequiel Corella**<br>**1643 West Houchen Way**<br>**Tucson, AZ 85746** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $308.52 | $308.52 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**December 14, 2019** | Basis for the claim:<br>**Prepetition wages through December 15, 2019** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**4041 N. Central Ave. Suite 112**<br>**Phoenix, AZ 85012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Jeanie Rodriguez**<br>**4441 North Alicia Avenue**<br>**Tucson, AZ 85705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $785.60 | $785.60 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12-14** | Basis for the claim:<br>**Prepetition contract labor through December 15, 2019** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Julia Smith**<br>**5718 East Vuelta de ladrillo**<br>**Amarillo**<br>**Tucson, AZ 85756** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $615.00 | $615.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12-14-2019** | Basis for the claim:<br>**Prepetition contract labor through December 15, 2019** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address<br>**Lakisha Mckenney**<br>**7890 Danford Ave**<br>**Tucson, AZ 85747** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$135.24** | **$135.24** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12-14-2019** | Basis for the claim:<br>**Prepetition contract labor through December 15, 2019** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**Luz Suarez**<br>**1501 East Bantam Road #35**<br>**Tucson, AZ 85706** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$412.30** | **$412.30** |
| | Date or dates debt was incurred<br>**12-14-2019** | Basis for the claim:<br>**Prepetition contract labor through December 15, 2019** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**Marco Romero**<br>**1270 East Halcyon Road**<br>**Tucson, AZ 85719** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,194.73** | **$1,194.73** |
| | Date or dates debt was incurred<br>**12-14-2019** | Basis for the claim:<br>**Prepetition contract labor through December 15, 2019** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.14 | Priority creditor's name and mailing address<br>**Marissa FIscher**<br>**3320 W Ina Rd Apt 14207**<br>**Tucson, AZ 85741** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$837.25** | **$0.00** |
| | Date or dates debt was incurred<br>**12-14-19** | Basis for the claim:<br>**Contract labor** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | The Chambers of Tucson Mall, LLC | Case number (if known) | 4:19-bk-15701 |
|---|---|---|---|
| | Name | | |

### 2.15
**Priority creditor's name and mailing address**
Nancy Parra
7830 E Hawthorne St
Tucson, AZ 85710

Date or dates debt was incurred
**12-14-19**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract labor**

Is the claim subject to offset?
■ No
☐ Yes

$358.00     $0.00

### 2.16
**Priority creditor's name and mailing address**
Trey Melton
3454 W Green Trees Dr
Tucson, AZ 85741

Date or dates debt was incurred
**12-14-19**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract labor**

Is the claim subject to offset?
■ No
☐ Yes

$321.54     $0.00

### 2.17
**Priority creditor's name and mailing address**
Trina Davis
6651 N Campbell Ave # 243
Tucson, AZ 85718

Date or dates debt was incurred
**12-14-19**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract Labor**

Is the claim subject to offset?
■ No
☐ Yes

$282.00     $0.00

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**
**Brookfield Properties c/o**
**Kristen N. Pate**
**350 N Orleans St, Suite 300**
**Chicago, IL 60654-1607**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

**$51,000.00**

### 3.2
**Nonpriority creditor's name and mailing address**
**Bryan M. Schuyler**
**1130 E Pennsylvania St., Suite 505**
**Tucson, AZ 85714**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 5 of 7
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 4:19-bk-15701-BMW   Doc 31   Filed 12/30/19   Entered 12/30/19 14:32:48   Desc
Main Document    Page 13 of 19

| Debtor | The Chambers of Tucson Mall, LLC | Case number (if known) | 4:19-bk-15701 |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>City of Tucson<br>PO BOX 27210<br>Tucson, AZ 85726-7210 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred ＿<br>Last 4 digits of account number ＿ | **Basis for the claim:** ＿<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>GALILEO CONSTRUCTION, LLC<br>JOHNNY N HELENBOLT<br>3430 E SUNRISE DR #200<br>Tucson, AZ 85718 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred ＿<br>Last 4 digits of account number ＿ | **Basis for the claim:** ＿<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Itria Ventures, LLC<br>1000 N. West St. #1200<br>Wilmington, DE 19801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,500.00** |
| | Date(s) debt was incurred ＿<br>Last 4 digits of account number ＿ | **Basis for the claim:** ＿<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Itria Ventures, LLC<br>1000 N. West St. #1200<br>Wilmington, DE 19801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,500.00** |
| | Date(s) debt was incurred ＿<br>Last 4 digits of account number ＿ | **Basis for the claim:** ＿<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Jody A. Corrales, Esq.<br>2525 E. Broadway Blvd., Suite 200<br>Tucson, AZ 85716 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred ＿<br>Last 4 digits of account number ＿ | **Basis for the claim:** ＿<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Jonathan Brogen<br>3048 W Placita Montessa<br>Tucson, AZ 85741 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred ＿<br>Last 4 digits of account number ＿ | **Basis for the claim:** ＿<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Park Mall, LLC c/o Isaac M Gabriel<br>Quarles & Brady, LLP<br>Renaissance One, Two North Central Ave<br>Phoenix, AZ 85004-2391 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$41,280.70** |
| | Date(s) debt was incurred  9/2019<br>Last 4 digits of account number ＿ | **Basis for the claim:**  Past Due Rents & Attorney's Fees<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | The Chambers of Tucson Mall, LLC | Case number (if known) | 4:19-bk-15701 |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**QuickBooks Solution**<br>**Beverly Lang**<br>**3044 Ginn Point Road SE**<br>**Owens Cross Roads, AL 35763** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$125,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Tierra Noble, LLC**<br>**336 S Calle Madrid**<br>**Tucson, AZ 85711** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$175,000.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Tim Stoner**<br>**654 W Burntwater Dr.**<br>**Tucson, AZ 85755** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Time Payment Corp**<br>**1600 District Ave**<br>**Burlington, MA 01803** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Trudy A. Nowak, P.C.**<br>**Chapter 7 Trustee**<br>**2001 E. Campbell Avenue, Suite 201**<br>**Tucson, AZ 85716** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 8,681.53 |
| 5b. Total claims from Part 2 | 5b. + $ | 424,280.70 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 432,962.23 |

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining    **8 years** | **GGP Tucson Mall, LLC c/o Quarles & Brady, LLP Two North Central Ave Phoenix, AZ 85004-2391** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Chambers of Tucson Mall, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | **4:19-bk-15701** |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **The Chamber Companies, LLC** | **654 W Burntwater Drive Tucson, AZ 85755** | **Alex Lamb** | ☐ D ____ <br>■ E/F __2.1__ <br>☐ G ____ |
| 2.2 | **The Chamber Companies, LLC** | **654 W Burntwater Drive Tucson, AZ 85755** | **Alisa Zarate** | ☐ D ____ <br>■ E/F __2.2__ <br>☐ G ____ |
| 2.3 | **The Chamber Companies, LLC** | **654 W Burntwater Drive Tucson, AZ 85755** | **Arizona Department of Revenue** | ☐ D ____ <br>■ E/F __2.3__ <br>☐ G ____ |
| 2.4 | **The Chamber Companies, LLC** | **654 W Burntwater Drive Tucson, AZ 85755** | **Briana Martinez** | ☐ D ____ <br>■ E/F __2.4__ <br>☐ G ____ |
| 2.5 | **The Chamber Companies, LLC** | **654 W Burntwater Drive Tucson, AZ 85755** | **Connie McGrath** | ☐ D ____ <br>■ E/F __2.5__ <br>☐ G ____ |

| Debtor | The Chambers of Tucson Mall, LLC | Case number *(if known)* | 4:19-bk-15701 |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **The Chamber Companies, LLC** | **654 W Burntwater Drive** <br> **Tucson, AZ 85755** | **Debbie Galpine** | ☐ D _____ <br> ■ E/F **2.6** <br> ☐ G _____ |
| 2.7 | **The Chamber Companies, LLC** | **654 W Burntwater Drive** <br> **Tucson, AZ 85755** | **Ezequiel Corella** | ☐ D _____ <br> ■ E/F **2.7** <br> ☐ G _____ |
| 2.8 | **The Chamber Companies, LLC** | **654 W Burntwater Drive** <br> **Tucson, AZ 85755** | **Internal Revenue Service** | ☐ D _____ <br> ■ E/F **2.8** <br> ☐ G _____ |
| 2.9 | **The Chamber Companies, LLC** | **654 W Burntwater Drive** <br> **Tucson, AZ 85755** | **Jeanie Rodriguez** | ☐ D _____ <br> ■ E/F **2.9** <br> ☐ G _____ |
| 2.10 | **The Chamber Companies, LLC** | **654 W Burntwater Drive** <br> **Tucson, AZ 85755** | **Julia Smith** | ☐ D _____ <br> ■ E/F **2.10** <br> ☐ G _____ |
| 2.11 | **The Chamber Companies, LLC** | **654 W Burntwater Drive** <br> **Tucson, AZ 85755** | **Lakisha Mckenney** | ☐ D _____ <br> ■ E/F **2.11** <br> ☐ G _____ |
| 2.12 | **The Chamber Companies, LLC** | **654 W Burntwater Drive** <br> **Tucson, AZ 85755** | **Luz Suarez** | ☐ D _____ <br> ■ E/F **2.12** <br> ☐ G _____ |
| 2.13 | **The Chamber Companies, LLC** | **654 W Burntwater Drive** <br> **Tucson, AZ 85755** | **Marco Romero** | ☐ D _____ <br> ■ E/F **2.13** <br> ☐ G _____ |

| Debtor | The Chambers of Tucson Mall, LLC | Case number *(if known)* | 4:19-bk-15701 |

☐ **Additional Page to List More Codebtors**
*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **The Chamber Companies, LLC** | 654 W Burntwater Drive<br>Tucson, AZ 85755 | **Marissa FIscher** | ☐ D ____<br>■ E/F __2.14__<br>☐ G ____ |
| 2.15 | **The Chamber Companies, LLC** | 654 W Burntwater Drive<br>Tucson, AZ 85755 | **Nancy Parra** | ☐ D ____<br>■ E/F __2.15__<br>☐ G ____ |
| 2.16 | **The Chamber Companies, LLC** | 654 W Burntwater Drive<br>Tucson, AZ 85755 | **Trey Melton** | ☐ D ____<br>■ E/F __2.16__<br>☐ G ____ |
| 2.17 | **The Chamber Companies, LLC** | 654 W Burntwater Drive<br>Tucson, AZ 85755 | **Trina Davis** | ☐ D ____<br>■ E/F __2.17__<br>☐ G ____ |
| 2.18 | **The Chamber Companies, LLC** | 654 W Burntwater Drive<br>Tucson, AZ 85755 | **Itria Ventures, LLC** | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |
| 2.19 | **The Chamber Companies, LLC** | 654 W Burntwater Drive<br>Tucson, AZ 85755 | **Tierra Noble, LLC** | ☐ D ____<br>■ E/F __3.11__<br>☐ G ____ |