Fill in this information to identify the case:

Debtor name: **The Chambers of Tucson Mall, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): **4:19-bk-15701**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alex Lamb** 2601 N Treat Ave Tucson, AZ 85716 | | **Prepetition wages through December 15, 2019** | | | | **$181.50** |
| **Arizona Department of Revenue** 2005 N Central Ave. Suite 100 Phoenix, AZ 85004 | | **Tax Year 2018** | | | | **$1,350.00** |
| **Briana Martinez** 1643 West Houchin Way Tucson, AZ 85746 | | **Prepetition contract labor through December 15, 2019** | | | | **$948.62** |
| **Brookfield Properties c/o Kristen N. Pate** 350 N Orleans St, Suite 300 Chicago, IL 60654-1607 | | | | | | **$51,000.00** |
| **Debbie Galpine** 2070 West Fort Lowell Road Tucson, AZ 85705 | | **Prepetition contract labor through December 15, 2019** | | | | **$713.05** |
| **Ezequiel Corella** 1643 West Houchen Way Tucson, AZ 85746 | | **Prepetition wages through December 15, 2019** | | | | **$308.52** |
| **Itria Ventures, LLC** 1000 N. West St. #1200 Wilmington, DE 19801 | | | | | | **$13,500.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Itria Ventures, LLC**  1000 N. West St. #1200  Wilmington, DE 19801 | | | | | | $13,500.00 |
| **Jeanie Rodriguez**  4441 North Alicia Avenue  Tucson, AZ 85705 | | **Prepetition contract labor through December 15, 2019** | | | | $785.60 |
| **Julia Smith**  5718 East Vuelta de ladrillo Amarillo  Tucson, AZ 85756 | | **Prepetition contract labor through December 15, 2019** | | | | $615.00 |
| **Luz Suarez**  1501 East Bantam Road #35  Tucson, AZ 85706 | | **Prepetition contract labor through December 15, 2019** | | | | $412.30 |
| **Marco Romero**  1270 East Halcyon Road  Tucson, AZ 85719 | | **Prepetition contract labor through December 15, 2019** | | | | $1,194.73 |
| **Marissa FIscher**  3320 W Ina Rd Apt 14207  Tucson, AZ 85741 | | **Contract labor** | | | | $837.25 |
| **Nancy Parra**  7830 E Hawthorne St  Tucson, AZ 85710 | | **Contract labor** | | | | $358.00 |
| **Park Mall, LLC c/o Isaac M Gabriel Quarles & Brady, LLP Renaissance One, Two North Central Ave  Phoenix, AZ 85004-2391** | | **Past Due Rents & Attorney's Fees** | | | | $41,280.70 |
| **QuickBooks Solution  Beverly Lang  3044 Ginn Point Road SE  Owens Cross Roads, AL 35763** | | | | | | $125,000.00 |
| **Tierra Noble, LLC**  336 S Calle Madrid  Tucson, AZ 85711 | | | | | | $175,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Time Payment Corp**<br>**1600 District Ave**<br>**Burlington, MA**<br>**01803** | | | | | | $5,000.00 |
| **Trey Melton**<br>**3454 W Green Trees Dr**<br>**Tucson, AZ 85741** | | **Contract labor** | | | | $321.54 |
| **Trina Davis**<br>**6651 N Campbell Ave # 243**<br>**Tucson, AZ 85718** | | **Contract Labor** | | | | $282.00 |