**THE LAW OFFICES OF C.R. HYDE, PLC**
ATTORNEY AT LAW
2810 N. SWAN RD., SUITE 160
TUCSON, ARIZONA 85712
TELEPHONE: (520) 270-1110
SBA # 22512
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings under Chapter 11 |
|---|---|
| THE CHAMBERS OF TUCSON MALL, LLC., | Case No. 4:19-bk-15701-BMW |
| Debtor. | **CERTIFICATE OF SERVICE**<br>[ Related to Docket Nos. 11 and 19] |

I, Charles R. Hyde, state as follows:

1. I, attorney of record in this matter, am authorized to make this certification as evidence of service I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the facts stated below.

2. I make this Certificate to satisfy the requirements of Rule 4001(d), Federal Rules of Bankruptcy Procedure, and the local rules as evidence of service of the *Notice of Hearing on Debtor's Motion for Authority to Use of Cash*

*Collateral from December 19, 2019 through March 31, 2020 and Notice of Continued Hearing on Debtor's Motion for Entry of and Order Authorizing Debtor's Payment of Prepetition Payroll Obligations("Notice of Hearing")* and *Amended Affidavit in Support of Debtor's Application to Pay Prepetition Wages and Motion for Authority to Use Cash Collateral from December 14, 2019 through February 29, 2020 ("Amended Affidavit") dated January 8, 2020* upon the parties named below.

    3. On January 8, 2020, copies of the Notice of Hearing and the Amended Affidavit in this action were served by first-class mail or electronic mail on the following parties:

U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Lorraine.T.Korklan@usdoj.gov

Patty Chan
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Patty.Chan@usdoj.gov

Kristen N. Pate
Brookfield Property REIT, Inc.
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607
bk@brookfieldpropertiesretail.com

Jonathan M. Saffer
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151

| | |
|---|---|
| 1 | |
| 2 | Tucson, Arizona 85718<br>JSaffer@rllaz.com |
| 3 | *Attorney for Galileo Construction, LLC* |
| 4 | Gerald Giordano |
| 5 | Giordano & Heckele, PLLC<br>Rillito Crossing Corporate Center |
| 6 | 4007 E Paradise Falls Drive<br>Suite 212 |
| 7 | Tucson, Arizona 85712<br>jerry@reallawtucson.com |
| 8 | |
| 9 | Debbie Galpine<br>2070 West Fort |
| 10 | Lowell Road<br>Tucson, AZ 85705 |
| 11 | |
| 12 | Jody A. Corrales, Esq.<br>2525 E. Broadway Blvd., Suite 200 |
| 13 | Tucson AZ 85716-0000<br>jcorrales@dmyl.com |
| 14 | *Attorney for Tim Stoner* |
| 15 | Beverly Lang |
| 16 | 3044 Ginn Point Road SE<br>Owens Cross Roads, AL 35763 |
| 17 | beverly@dbs-hsv.com |
| 18 | Itria Ventures, LLC |
| 19 | 1000 N. West St. #1200<br>Wilmington, DE 19801 |
| 20 | |
| 21 | Isaac M. Gabriel<br>Partner |
| 22 | Quarles & Brady LLP<br>One Renaissance Square |
| 23 | Two North Central Avenue<br>Phoenix, Arizona 85004-2391 |
| 24 | Isaac.Gabriel@quarles.com |
| 25 | Tierra Noble, LLC |
| 26 | 336 South Calle Madrid<br>Tucson, AZ 85711 |
| 27 | |
| 28 | |

City of Tucson
PO Box 27210
Tucson, Arizona 85726-7210
stacy.stauffer@tucsonaz.gov
Terri.Lawrence@tucsonaz.gov

and all interested parties listed on the master mailing list attached hereto.

    4. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of January 2020.

                                        The Law Offices of C.R. Hyde, PLC

                                        /s/ C.R. Hyde
                                        Charles R. Hyde, Attorney for Debtor

ORIGINAL of the foregoing electronically filed
this 8th day of January, 2020, with:

CLERK, UNITES STATES BANKRUPTCY COURT
District of Arizona
*https://ecf.azb.uscourts.gov*