FORM notthrg

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:19–bk–15701–BMW |
| THE CHAMBERS OF TUCSON MALL, LLC<br>654 W BURNTWATER DRIVE<br>TUCSON, AZ 85755<br>**SSAN:**<br>**EIN:** 82–5124695 | Chapter: 11 |
| Debtor(s) | |

## NOTICE OF TELEPHONIC HEARING

A hearing in the above–entitled cause will be held on **4/15/20** at **10:30 AM** before the **Honorable Brenda Moody Whinery.** Any interested party is to appear by telephone. Interested parties are to call **1.877.873.8017** to appear for the hearing. The access code is **7011796**. The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

DEBTOR'S MOTION TO DISMISS CASE.

***This hearing was previously noticed for in–person appearances. This hearing will now be conducted by telephone as part of the ongoing effort to reduce exposure to coronavirus disease 2019 (COVID–19) in accordance with General Order 20–3 signed on March 18, 2020.***

Any response or objection shall be filed pursuant to Local Bankruptcy Rule 9013–1(c) or as set forth by the Court within this notice.

**Date: April 6, 2020**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701–1704<br>Telephone number: (520) 202–7500<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**George Prentice** |