**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Case No.: 4:19−bk−15701−BMW |
| THE CHAMBERS OF TUCSON MALL, LLC<br>654 W BURNTWATER DRIVE<br>TUCSON, AZ 85755<br>**SSAN:**<br>**EIN:** 82−5124695 | Chapter: 11 |
| Debtor(s) | |

## NOTICE OF RESCHEDULED TELEPHONIC HEARING

NOTICE IS HEREBY GIVEN that the telephonic hearing scheduled for 04/15/20 at 10:30 AM has been vacated on the Court's own motion.

This matter has been RESCHEDULED for hearing on **4/15/20** at **11:30 AM** before the **Honorable Brenda Moody Whinery.** Any interested party is to appear by telephone. Interested parties are to call **1.877.873.8017** to appear for the hearing. The access code is **7011796**. The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

DEBTOR'S MOTION TO DISMISS CASE.

**Date: April 7, 2020**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704<br>Telephone number: (520) 202−7500<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**George Prentice** |