THE LAW OFFICES OF C.R. HYDE, PLC
ATTORNEY AT LAW
2810 N SWAN RD., SUITE 160
TUCSON, ARIZONA 85712
TELEPHONE: (520) 270-1110
SBA # 22512
Proposed Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>THE CHAMBERS OF TUCSON MALL, LLC,<br><br>                Debtor. | In Proceedings under Chapter 11<br><br>Case No. 4:19-bk-15701-BMW<br><br>**AMENDED VERIFIED STATEMENT AND DISCLOSURE OF C.R. HYDE MANAGING PARTNER OF THE LAW OFFICES OF C.R. HYDE,** |

STATE OF ARIZONA    )
                               ) ss.
COUNTY OF PIMA     )

    An Order Authorizing Employment of The Law Offices of C.R. Hyde, PLC was entered on December 26, 2019 pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure. The undersigned counsel for Debtor, respectfully submits this Amended Verified Statement and Disclosure of C.R. Hyde.

    1.    I, Charles R. Hyde, have been retained by the Debtor in the above-referenced bankruptcy case to act as counsel for the Debtor.

    2.    I am an attorney at law duly admitted to practice in the State of Arizona.

    3.    To the best of my knowledge, I have no prior connection with the Debtor, its creditors, the United States Trustee, or any other party in interest herein, or his respective

attorneys except as set forth herein and will exercise independent judgment in providing services on behalf of The Chambers of Tucson Mall, LLC.

4. Prior to the filing I received the sum of $7,983.00 as a security retainer ("Retainer") in the chapter 11 case, $5,136.50 of which was earned prior to the Order for Relief in this matter. $2,846.50 is on deposit in my attorney client trust account.

5. The compensation promised to be paid to the Law Offices of C.R. Hyde, PLC for services to be rendered on behalf of the Debtor includes reimbursement of any costs incurred and advanced. For services provided for in paragraph 6 of the application, Attorney shall be permitted to charge Debtor and the estate at the following hourly rates:

```
C.R. Hyde          $ 350.00;
Paralegal:         $ 150.00;
Legal Assistant    $  85.00.
```

6. No agreement or understanding in any form or guise exists between the Affiant and any other person for a division of compensation rendered in or in connection with this Chapter 11 case, and no such division of compensation contrary to 11 U.S.C. § 504 will be made.

7. Subject to the approval of this Court upon appropriate application therefore, I intend to bill for its legal services in this case in accordance with its usual practice, applying the customary hourly rates for matters of this type, and charging for all disbursements and expenses customarily billed to its clients and necessarily incurred.

// // //

// // //

// // //

8.  I neither hold or represent any interests or entities adverse to the Debtor's estate.

DATED this 24th day of April 2020

THE LAW OFFICES OF C.R. HYDE, PLC

_/s/ Charles R. Hyde_
Charles R. Hyde, Attorney at Law

SUBSCRIBED AND SWORN before me this 24th day of April 2020, by Charles R. Hyde.

ARYENNIS PERALTA
Notary Public, State of Arizona
Pima County
My Commission Expires
January 07, 2022

_/s/ Aryennis Peralta_
Notary Public

My Commission Expires: January 07, 2022